# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146492

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARC ROBERT HENDRICKS,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146492
COA: 307636
Muskegon CC: 10-059486-FC

      On order of the Court, the application for leave to appeal the November 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422